Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,212,473
Registered Feb. 27, 2007

## TRADEMARK
### PRINCIPAL REGISTER



RAJPUT, SAMIR, A (PAKISTAN INDIVIDUAL)
22 NUGENT ST.
NEW HYDE PARK, NY 11040

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FASHION ACCESSORIES, NAMELY, DRESSES, COATS, SHORTS, SHIRTS, DRESS SHIRTS, PANTS, DRESS PANTS, JEANS, SWEATERS, JACKETS, SUITS, TUXEDOS, DINNER JACKETS, T-SHIRTS, BLOUSES, KNIT TOPS, HALTERS, SMOCK TOPS, VESTS, WIND RESISTANT JACKETS, JOGGING SUITS, SWEATSHIRTS, SWEATPANTS, SKI JACKETS, SKI PANTS, MUFFLERS, HEAD BANDS, BELTS, GLOVES, SHAWLS, SCARVES, PONCHOS, SHOULDER WRAPS, NECKERCHIEFS, STOCKINGS, HOSIERY, SOCKS, TIGHTS, LEGGINGS, LEOTARDS, PAJAMAS, ROBES, NIGHTGOWNS, PANTIES, BRAS, UNDERWEAR, UNDERSHIRTS, RAINWEAR, RAINCOATS, SWIMWEAR, BATHING SUITS, COVER-UPS, AND WOMEN'S LINGERIE, FOOTWEAR, HEADWEAR, TIES, CAPS, AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-16-2005; IN COMMERCE 1-16-2005.

SER. NO. 78-703,634, FILED 8-30-2005.

LAURA KOVALSKY, EXAMINING ATTORNEY