UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TOUGH CITY, INC. and SAMIR RAJPUT,

                Plaintiffs,

    v.

XENS, INC.,

                Defendant.
------------------------------------------------------------x

Civil Action No.

WP4

07 CIV. 6626

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                NONE

Dated: Yonkers, New York
       July 23, 2007

                              _____
                              ERIC WEISS (EW 2400)
                              WEISS & WEISS
                              Attorneys for Plaintiffs
                              1250 Central Park Avenue
                              Yonkers, NY 10704
                              (914) 375-0431