| TO: Commissioner Of Trademarks<br>P.O. Box 1451<br>Alexandria, VA 22313-1451<br>ATT: TTAB          (571) 272-8900 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A<br>*PATENT* OR *TRADEMARK* |
|---|---|

In compliance with the provisions of 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Southern District** on the following   ☐ Patents   or   ☐ Trademarks:

| DOCKET NO.<br>07 CV 6626 | DATE FILED<br>7/24/07 | United States District Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-4150 |
|---|---|---|
| PLAINTIFF<br>Tough City, Inc., and Samir Rajput | | DEFENDANT<br>Xens, Inc |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. 3,212,473 | 2/27/07 | Samir Rajput |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1    Upon *initiation* of action, mail this copy to Commissioner
Copy 2    Upon *filing document adding patent(s)*, mail this copy to Commissioner
Copy 3    Upon *termination of action*, mail this copy to Commissioner
Copy 4    Case file Copy