| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Eric Weiss, Esq.<br>Weiss & Weiss<br>1250 Central Park Avenue<br>Yonkers, NY 10704 | 914-375-0431 | RECEIVED<br>SEP 06 2007<br>USDC-WP-SDNY |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |
| Insert name of court and name of judicial district and branch court, if any.<br>UNITED STATES DISTRICT CT | | |
| SHORT TITLE OF CASE:<br>TOUGH CITY VS XENS | | |

| 109789 | DATE: | TIME: | DEPT./DIV.: | CASE NUMBER:<br>07CIV6626 WP4 |
|---|---|---|---|---|

### AFFIDAVIT OF SERVICE

I, KATHERINE BROWN          DECLARE THAT I AM OVER THE AGE OF 18 NOT A PARTY TO THIS ACTION. I AM A RESIDENT OF THE STATE OF CALIFORNIA AND ON 08/01/07, I RECEIVED THE FOLLOWING DOCUMENTS FOR SERVICE:

SUMMONS AND COMPLAINT

FOR SERVICE ON: XENS, INC

AND THAT ON: 08-07-07   AT: 11:12 AM   I SERVED THE ABOVE LISTED DOCUMENTS

BY LEAVING WITH
ROBERT LEE                                                    PRESIDENT

WHO IS DESCRIBED AS:

AGE: 50   HEIGHT: 5'5   WEIGHT: 155   HAIR: BLK           RACE: ASIA   SEX: M

AT THE ADDRESS:
7629 SOMERSET BLVD
PARAMOUNT          CA 90723

STATE OF CALIFORNIA
COUNTY OF ORANGE

SWORN TO, BEFORE ME, A NOTARY PUBLIC, ON THIS DATE OF 08/10/07

*[signature: Sandy M. Gelnaw]*

SANDY M. GELNAW
Commission # 1655591
Notary Public - California
Orange County
My Comm. Expires Mar 31, 2010

d. Registered California process server
 (1) ☐ Employee or independent contractor
 (2) Registration No.   4106
 (3) County   LOS ANGELES

6. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 08/10/07                                          ➤ _____
                                                            SIGNATURE