WEISS & WEISS
ERIC WEISS, ESQ. (EW 2400)
Attorneys for Plaintiffs
1250 Central Park Avenue
Yonkers, NY 10704
(914) 375-0431

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

TOUGH CITY, INC. and SAMIR RAJPUT,

                Plaintiffs,

      v.

XENS, INC.,

                Defendant.
----------------------------------------------------------------x

Civil Action 07 Civ. 06626 (NRB)

**NOTICE OF MOTION**

Sir or Madam:

       PLEASE TAKE NOTICE, upon the annexed affirmation of Eric Weiss, Esq., dated the 19th day of November, 2007, plaintiffs Tough City, Inc. and Samir Rajput, by their attorneys, Weiss & Weiss, shall hereby move this court, before the Honorable Naomi Reice Buchwald, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, NY 10007, pursuant to F.R.C.P. Rule 55(b)(2), for an order entering judgment in favor of the plaintiffs and against the defendant Xens, Inc. for the relief requested in its Complaint, due to the failure of Defendant Xens, Inc. to respond to plaintiffs' Complaint in this matter.

Dated:  Yonkers, New York
         November 19, 2007

        Respectfully submitted,

        _____/s/_____
        ERIC WEISS  (EW 2400)
        WEISS & WEISS
        Attorneys for Plaintiffs
        1250 Central Park Avenue
        Yonkers, NY  10704
        (914) 375-0431

To:    Xens, Inc.
       7629 Somerset Boulevard
       Paramount, CA  90723

WEISS & WEISS
ERIC WEISS, ESQ. (EW 2400)
Attorneys for Plaintiffs
1250 Central Park Avenue
Yonkers, NY  10704
(914) 375-0431

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

TOUGH CITY, INC. and SAMIR RAJPUT,

                Plaintiffs,

      v.

XENS, INC.,

                Defendant.
-----------------------------------------------------------------x

Civil Action 07 Civ. 06626 (NRB)

**AFFIRMATION IN SUPPORT**

Eric Weiss, Esq., hereby affirms the following under penalties of perjury:

1.    I am a partner in the firm of Weiss & Weiss, attorneys for plaintiffs, Tough City, Inc. and Samir Rajput, in the above-referenced matter and, as such, am fully familiar with the facts and circumstances of this matter.

2.    That on August 7, 2007, plaintiffs served its Summons and Verified Complaint upon Xens, Inc., defendant in this matter.  A copy of the Affidavit of Service was filed electronically with the Court on November 6, 2007.

3.    Our office, to date, has not received any response from the defendant, Xens, Inc., to the Summons and Complaint.

4.    Plaintiffs therefore request that this Court issue an order granting judgment in favor of plaintiffs and against defendant Xens, Inc.  A proposed order is also being filed with this Motion.

Dated:  Yonkers, New York
        November 19, 2007

                                          _____Eric Weiss_____

                                          Eric Weiss (EW-2400)

tough.mot