```
                    AFFIRMATION OF SERVICE
                    _____BY MAIL_____


          Eric Weiss, Esq., affirms under penalties of perjury:
that I am over the age of eighteen years and I am not a party
herein, and that on November 19, 2007 I served a true copy of the
within NOTICE OF MOTION, SUPPORTING AFFIRMATION, AND PROPOSED
JUDGMENT AND ORDER, upon the defendant hereinafter named at the
places hereinafter stated and set below their names, by depositing
the same, properly enclosed in a postage pre-paid, properly
addressed wrapper, in an official depository under the exclusive
care and custody of the United States Postal Service within the
City and State of New York, directed to said respondents at their
last known addresses given below.
```

Name and Address

Xens, Inc.
7629 Somerset Boulevard
Paramount, CA  90723


```
                              __/S/_____
                              Eric Weiss
```

tough.affserv