| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| WEISS & WEISS<br>1250 CENTRAL PARK AVE.<br>YONKERS    NY 10704 | 914-375-0431<br>Ref. No. or File No. | |
| ATTORNEY FOR (Name): | | |

Insert name of court and name of judicial district and branch court, if any.

UNITED STATES DISTRICT CT

SHORT TITLE OF CASE:

TOUGH CITY VS XENS

| | DATE: | TIME: | DEPT./DIV.: | CASE NUMBER: |
|---|---|---|---|---|
| 113987 | | | | 07CIV.06626 NRB |

AFFIDAVIT OF SERVICE

I, TRENTON McINTYRE           DECLARE THAT I AM OVER THE AGE OF 18
NOT A PARTY TO THIS ACTION. . I AM A RESIDENT OF THE STATE OF CALIFORNIA
AND ON 08/19/08, I RECEIVED THE FOLLOWING DOCUMENTS FOR SERVICE:

AFFIDAVIT IN SUPPORT OF CERTIFICATE OF DEFAULT, FIRST AFFIDAVIT IN
SUPPORT OF DEFAULT, SECOND AFFIDAVIT IN SUPPORT OF DEFAULT, WITH
EXHIBITS, PROPOSED ORDER AND JUDGEMENT

FOR SERVICE ON: XENS, INC.

AND THAT ON: 08-22-08  AT: 09:15 AM I SERVED THE ABOVE LISTED DOCUMENTS

BY LEAVING WITH: "JOHN DOE"                                    , EMPLOYEE

WHO IS DESCRIBED AS:

AGE: 28 HEIGHT: 5'8"  WEIGHT: 170 HAIR: BLACK       RACE: ASIA SEX: M

AT THE ADDRESS: 7629 SOMERSET BLVD.
                PARAMOUNT      CA 90723

STATE OF CALIFORNIA
COUNTY OF ORANGE

SWORN TO, BEFORE ME, A NOTARY PUBLIC, ON THIS DATE OF 08/22/08

*[Signature: Tamara Morales]*

TAMARA A. MORALES
Commission # 1760528
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2011

d. Registered California process server
   (1) ☑ Employee or independent contractor
   (2) Registration No.    4549
   (3) County    LOS ANGELES

6. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:  08/22/08

*[Signature: Trent McIntyre]*
SIGNATURE