```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TOUCH CITY, INC. and SAMIR RAJPUT,

               Plaintiffs,

    - against -              **O R D E R**

XENS, INC.,                 07 Civ. 6626 (NRB)

              Defendant.
----------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Plaintiff's motion for a default judgment dated November 20, 2007 is hereby dismissed without prejudice for insufficient support. The Court is open to reconsideration of this Order if plaintiff timely submits a certificate of default and proof of service of its default judgment motion.

        **SO ORDERED.**

Dated:    New York, New York
           August 22, 2008

                                    */s/ Naomi Reice Buchwald*
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE